AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

BRITT DAVIS KEIFER,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER:  **3:16-cv-00119-MMD-WGC**

COUNTY OF WASHOE, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this action is dismissed without prejudice based on Plaintiff's failure to file an amended complaint in compliance with this Court's August 24, 2016, order (ECF No.6).

  October 3, 2016          **LANCE S. WILSON**
                                                    Clerk

                                               /s/ D. R. Morgan
                                                 Deputy Clerk